IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA      *
                              *
v.                            *      CR 612-018-02
                              *
ANTONIO MARQUETTE MANGRAM     *
```

## O R D E R

Presently before the Court is Defendant Antonio Marquette Mangram's motion for early termination of supervised release. Mangram was sentenced to serve 92 months in prison followed by five years of supervised release upon his conviction for possession with intent to distribute a quantity of cocaine. Mangram was also ordered to pay a special assessment of $100 and a $15,000 fine.

Mangram began his term of supervised release with the United States Probation Office in this district in July 2018 and has therefore served over half of his term with no issues of non-compliance. He has maintained a stable residence and steady employment; he has not tested positive on any drug screen; and he has paid the noted monetary obligations. Neither the United States Attorney's Office nor Mangram's supervising probation officer oppose his motion.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Mangram's motion

(doc. 1438) is **GRANTED**.  Antonio Marquette Mangram is hereby discharged from his term of supervised release.  The Clerk is directed to send a copy of this Order to Mr. Kyle Grimes in the United States Probation Office in Brunswick, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA